# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRIAN SIMMONS,** individually, | ) ) | Case No. 2:19-cv-11524 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Judge Lance M. Africk |
| **ALAN THOMPSON AND ALICE THOMPSON** Defendant. | ) ) ) ) ) | Magistrate Judge Micheal B. North |

_____

## NOTICE OF DISMISSAL

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Brian Simmons who no longer wishes to pursue this claim under the Americans with Disabilities Act. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff notifies this Honorable Court of his dismissal of the above entitled matter against Defendants, Alan Thompson and Alice Thompson. This notice is appropriate under Rule 41 because defendants have not filed an Answer or made an appearance in this matter.

Respectfully Submitted,

**MAINSTAY LAW, LLC**

*/s/ Christy L. Johnson*
_____
Christy L. Johnson (LA Bar #32877)
3436 Magazine Street #558
New Orleans, LA 70115
Telephone: 504-291-1818
Facsimile: 504-291-1817
E-mail: cjohnson@mainstay-law.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon counsel of records for all parties via the CM/ECF system on this 6th day of November 2019.

*/s/ Christy L. Johnson*
_____
Christy L. Johnson